OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.35⁰
02 1W
0001401603 SEP 30 2015

9/30/2015
JAMES, TONI MONDRELLE AKA TONI MONDRELLE COOK    Tr. Ct. No. 7559-1
WR-83,789-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant's grounds &/or facts are not on the prescribed form.

Abel Acosta, Clerk

NT XTE   TONI MONDRELLE JAMES                    UTF
LOCKHART WORK FAC. - TDC # 1930859
P.O. BOX 1170
LOCKHART, TX  78644